No. 99–567. WALLACE *v.* ALASKA. Ct. App. Alaska. Certiorari denied.

No. 99–568. EFRON, A MINOR, BY AND THROUGH EFRON ET UX., HER NEXT FRIENDS *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–590. IDA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–608. HASTINGS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–609. GARCIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–621. O'BRIEN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5098. HUNTER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–5101. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5169. RENEAU *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5171. OSBORNE *v.* BOONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–6008. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6102. LUNA VASQUEZ *v.* NEAL, SUPERINTENDENT, CANON MINIMUM CENTERS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–6105. WALKER *v.* EDMONDSON, ATTORNEY GENERAL OF OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–6110. COPELAND *v.* PASTRANO. C. A. 5th Cir. Certiorari denied.

No. 99–6113. KARLS *v.* HUDSON, WARDEN. C. A. 10th Cir. Certiorari denied.